In the Matter of the Application of GEORGE GRU and EUGENE DUNNE, as Coexecutors, etc., of MARGARET H. DUNNE, Deceased, Appellants, v. PATRICK DUNNE, Respondent, to Discover Property of the Said Estate, Pursuant to Section 205 of the Surrogate's Court Act.*— Motion for stay granted upon condition that

* Amd. by Laws of 1924, chap. 100.— [REP.

appellants perfect the appeal for the February term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.